**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Michael Iheanacho,<br><br>Plaintiff,<br><br>v.<br><br>Brenden Adam Sizemore and New Prime Inc.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CA No.: 2:26-cv-05580-BHH** |

**<u>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCE</u>**

C. Fredric Marcinak, counsel for Defendants, respectfully requests protection from trial or other appearances in the referenced matter for the dates and reasons submitted henceforth:

1. March 8, 2027, through and including March 12, 2027, due to travel out of town.

2. June 21, 2027, through and including June 25, 2027, due to travel out of town.

Respectfully submitted on this 13th day of November, 2026.

Respectfully submitted,

<u>s/ C. Fredric Marcinak</u>
C. Fredric Marcinak (Fed. Bar No. 9816)
Cole J. Goode (Fed. Bar No. 14191)
Moseley Marcinak Law Group LLP
PO Box 26148
Greenville, South Carolina 29616
(864) 248-6025
(864) 248-6035 (Fax)
Fred.Marcinak@momarlaw.com
Cole.Goode@momarlaw.com
*Attorneys for Defendants Brenden Adam Sizemore and New Prime Inc.*